**Christopher M. WATKINS,
Petitioner–Appellant,**

v.

**Joe DRIVER, Warden, Respondent–
Appellee.**

No. 07–7469.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 17, 2007.

Decided Dec. 27, 2007.

Christopher M. Watkins, Appellant Pro Se. Betsy S. Jividen, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before TRAXLER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher M. Watkins, a federal prisoner, appeals the magistrate judge's order denying relief on his 28 U.S.C. § 2241 (2000) petition.* We have reviewed the record and find no reversible error. Accordingly, we deny Watkins's motions to expedite and for bail pending appeal, and we affirm for the reasons stated by the magistrate judge. *See Watkins v. Driver,* No. 2:06–cv–00042 (N.D.W.Va. Sept. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to jurisdiction of the magistrate judge under 28 U.S.C. § 636(c)

